IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDREW S. TAYLOR,

    Plaintiff,

v.                           Civil Action No. 3:19CV449

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on July 10, 2019, the Court conditionally docketed this action filed by Andrew S. Taylor. On August 15, 2019, the United States Postal Service returned July 10, 2019 Memorandum Order marked, "RETURN TO SENDER" and "DISCHARGE." Since that date, Taylor has not contacted the Court to provide a current address. Taylor's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Taylor.

                               /s/
                          Robert E. Payne
Date: September 3, 2019   Senior United States District Judge
Richmond, Virginia